Eastern District of Virginia – U.S. District Court

# ARRAIGNMENT/DETENTION MINUTES:

| | |
|---|---|
| Time set: 2:00 p.m. | Date: 8/26/2024 |
| Start Time: 2:28 pm | Presiding Judge: Douglas E. Miller, USMJ |
| End Time: 2:31 pm | Courtroom Deputy: Dodge, C |
| | Reporter: FTR NN |
| Split Time ( ) | U.S. Attorney: Thurca O'Brien |
| Hearing Held: ( ) Norfolk ( ) Newport News | Defense Counsel: Sean Mitchell |
| Case Number 4:24cr49 | ( ) Retained ( ) Court appointed (X) AFPD |
| Defendant Jamal Ashton Shields | Interpreter: |

**INITIAL APPEARANCE:**
( ) Indictment
( ) Supervised Release
( ) Probation
( ) Pretrial Violation

**DETENTION:**
( ) Detention Hearing ( )Held ( ) Waived
( ) Government motion for detention:
( ) Granted( )Denied ( )Motion to Withdraw
( ) Detention Ordered ( ) Remanded
( ) Bond set _____
( ) Special Conditions of Release
(X) Defendant continued on previous bond
( ) Additional Conditions of Release
( ) Defendant failed to appear
( ) Government motion for warrant -Granted

**COUNSEL:**
( ) Court explained right to counsel
( ) Counsel waived
( ) Counsel desired.
( ) Affidavit executed and filed in open court
( ) Court directed appointment of counsel
( ) Defendant ordered to pay $_____
    beginning _____ and each month thereafter
    until paid in full

**ORDERS:**
(X) Agreed Discovery/Protective Order Entered
( ) Defendant consented to video proceedings. Order entered and filed
( ) Oral admonition as required by DPPA given to the prosecutor.

**ARRAIGNMENT:**
( ) Defendant formally arraigned
(X) Defendant waived formal arraignment
( ) Defendant entered plea of guilty
(X) Defendant entered plea of not guilty
(X) Jury demanded
( ) Jury Waived
( ) Jury waiver executed and filed
(X) Preliminary motions deadline 3 weeks
( ) Response motions deadline _____
(X) TRIAL ( ) SRVH ( ) PVH ( ) Status Conference set on 10/21/24 @ 10am before AWA
    @ ( ) Norfolk (X) Newport News ( ) Richmond

**PRELIMINARY HEARING:**
( ) Preliminary Hearing ( ) Held ( ) Waived
( ) Defendant stipulated to probable cause
( ) Court finds probable cause
( ) Defendant held for Grand Jury

**SPEEDY TRIAL:**
( ) By agreement of all parties, due to the complexity of the case and/or in the interest of justice, pursuant to 18 USC 3161(h), speedy trial is waived

**APPEARANCE AT PRELIMINARY HEARING:**
(X) Court inquired as to whether defendant wishes appear at preliminary hearing.
( ) Waiver of Appearance executed
( ) Arraignment: _____

( ) SRV/Probation Hearing:_____
( ) _____
( ) _____
( ) _____

**SPEEDY TRIAL:**
( ) The defendant requested time to file pretrial motions. The court granted this motion under 18 U.S.C. 3161(h)(7) and <u>Bloate v. U.S.</u>, 2010 WL 757660 (U.S.) and finds that the ends of justice are served by granting this request which outweighs the best interest of the public and the defendant in a speedy trial and the time period from the arraignment to the motions deadline of _____ is excluded under the Speedy Trial Act.

AWA