IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Newport News Division

UNITED STATES OF AMERICA

                             )
                             )
                             )

         V.                        )            CRIMINAL NO.:   4:24CR49
                               )

SAMPSON JUMBO ET AL,          )
                             )
             Defendant.       )

<u>PRAECIPE FOR ENTRY OF APPEARANCE</u>

TO THE CLERK:

      Please enter the appearance of David M. Coleman, Assistant United States Attorney in the

Eastern District of Virginia, as counsel for the United States of America in the above-captioned matter.

                           Respectfully submitted,

                           Jessica D. Aber
                           United States Attorney

           By:                    /s/
                           David M. Coleman, AUSA
                           Attorney for Government
                           United States Attorney's Office
                           One City Center
                           11815 Fountain Way, Suite 200
                           Newport News Virginia 23606
                           Phone: (757) 591-4000
                           Fax: (757) 591-0866
                           Email: Mack.Coleman@usdoj.gov

## <u>CERTIFICATE OF SERVICE</u>

I, David M. Coleman, Assistant United States Attorney, do hereby certify that the foregoing

was filed with the Clerk of the Court using the CM/ECF system on this day of October 10, 2024.


By:                      /s/
                                David M. Coleman, AUSA
                                Attorney for Government
                                United States Attorney's Office
                                One City Center
                                11815 Fountain Way, Suite 200
                                Newport News Virginia 23606
                                Phone: (757) 591-4000
                                Fax: (757) 591-0866
                                Email: Mack.Coleman@usdoj.gov

2