UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Newport News Division

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JAMAL A. SHIELDS,<br><br>Defendant. | Criminal No. 4:24cr49-02 |

### ORDER

Before the Court is an Unopposed Motion for Leave to File Motions Following Return of Superseding Indictment (the "Motion") filed by Defendant Jamal A. Shields ("Defendant"). ECF No. 50. On August 12, 2024, Defendant was charged in an Indictment with Conspiracy to Commit Offenses Against the United States, in violation of 18 U.S.C. § 371 (Count One) and Theft of Mail, in violation of 18 U.S.C. §§ 1708 and 2 (Count Two). Indictment, ECF No. 15. In addition, on December 9, 2024, a Superseding Indictment charged Defendant with Illegal Receipt of a Firearm by a Person Under Indictment, in violation of 18 U.S.C. § 922(n) (Count Three). Superseding Indictment, ECF No. 45. Trial in this matter is scheduled to begin on February 4, 2025. In his Motion, Defendant requests leave from the Court to file two pre-trial motions related to Count Three of the Superseding Indictment. Mot. at 2, ECF No. 50. The Government does not oppose the Motion. *Id.*

After due consideration and for good cause shown, the Motion (ECF No. 50) is **GRANTED**. The Clerk is **DIRECTED** to accept Defendant's Motion to Sever Count Three, attached as Exhibit 2 to the Motion (ECF No. 50-2), and file it as a separate

1

entry on the docket. Defendant **MAY** file his motion to dismiss Count Three on or before January 14, 2025. The Government **SHALL** file its response(s) to any pre-trial motions by January 21, 2025. The Defendant may file any reply by January 23, 2025. The Defendant is encouraged to inform the Court expeditiously if he does not plan to file a reply. The Clerk is **REQUESTED** to forward a copy of this Order to all counsel of record.

    **IT IS SO ORDERED.**

                                              /s/
                                  Arenda L. Wright Allen
                               United States District Judge

January 10, 2025
Norfolk, Virginia